Weglein *v.* Golder, Appellant.

Argued January 7, 1935.   Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

440

*Francis M. McAdams,* with him *Otto Kraus, Jr.,* for appellant.

*Robert T. McCracken,* with him *Ulric J. Mengert,* for appellee.

PER CURIAM, February 4, 1935:
Upon consideration of the whole record in this case, the judgment of the court below is affirmed on the opinion by Judge GORDON.